# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)Denise Fattig, *on behalf of herself and others similarly situated*,<br><br>         Plaintiff,<br><br>v.<br><br>(1)American Express Company,<br><br>         Defendant. | Case No: 18-cv-177-GKF-FHM |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff, Denise Fattig, by and through her undersigned counsel, voluntarily dismisses her claims against Defendant in this action without prejudice. This dismissal does not impact any claims that could be asserted by any putative class member.

June 22, 2018

*/s/ Aaron D. Radbil*
Aaron D. Radbil (*pro hac vice*)
Greenwald Davidson Radbil PLLC
106 East Sixth Street, Suite 913
Austin, Texas 78701
Phone: (512) 322-3912
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

Darrell W. Downs
R. Stratton Taylor
Taylor, Foster, Mallett, Downs, Ramsey
& Russell, P.C.
400 West Fourth Street (Ground Delivery)
P.O. Box 309 (Mailing)
Claremore, OK 74018
918-343-4100
918-343-4900 – fax
ddowns@soonerlaw.com
staylor@soonerlaw.com

2

*Counsel for Plaintiff and the proposed class*

## CERTIFICATE OF SERVICE

I certify that on June 22, 2018, the foregoing document was filed with the Court using CM/ECF, which will send notification of such to counsel of record.

*/s/ Aaron D. Radbil*
Aaron D. Radbil